1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

SEP - 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,       )   Case No.   MJ - 25-05511
                                     )
11                  Plaintiff,       )   ORDER OF PRETRIAL DETENTION
                                     )        AFTER HEARING
12        v.                         )        (18 U.S.C. § 3142(i))
                                     )
13   Dahyr Lopez-Mondragon           )
                                     )
14                  Defendant.       )
                                     )
15   _____)

16                                   I.

17        A.   (  ) Upon motion of the Government in a case that involves:

18             1.   (  ) a crime of violence or an offense listed in

19                        18 U.S.C. § 2332b(g)(5)(B), for which a

20                        maximum term of imprisonment of ten (10)

21                        years or more is prescribed; or

22             2.   (  ) an offense for which the maximum sentence is

23                        life imprisonment or death; or

24             3.   (  ) an offense for which a maximum term of

25                        imprisonment of ten (10) years or more is

26                        prescribed in the Controlled Substances Act,

27                        Controlled Substances Import and Export Act

28                        or Maritime Drug Law Enforcement Act; or

```
 1              4.    (  ) any felony if defendant has been convicted of
 2                         two or more offenses described in
 3                         subparagraphs 1-3 above, or two or more state
 4                         or local offenses that would have been
 5                         offenses described in subparagraphs 1-3 above
 6                         if a circumstance giving rise to federal
 7                         jurisdiction had existed, or a combination of
 8                         such offenses.
 9              5.    (  ) any felony that is not otherwise a crime of
10                         violence that involves a minor victim, or
11                         possession or use of a firearm or destructive
12                         device or any other dangerous weapon, or a
13                         failure to register under 18 U.S.C. § 2250.
14       B.    Upon motion ( ✓) of by the Government ( ) of the Court sua
15       sponte, in a case that involves:
16              1.    ( ✓) a serious risk that defendant will flee;
17              2.    (  ) a serious risk that defendant will
18                    a.    (  ) obstruct or attempt to obstruct justice;
19                          or
20                    b.    (  ) threaten, injure, or intimidate a
21                             prospective witness or juror or attempt
22                             to do so.
23       C.    The Government ( ) is ( ✓) is not entitled to a rebuttable
24  presumption that no condition or combination of conditions will
25  reasonably assure defendant's appearance as required and the safety of
26  any person or the community.
27
28
```

2

II.

A.  ( ✓ )   The Court finds by a preponderance of the evidence

that no condition or combination of conditions

will reasonably assure the appearance of defendant

as required;

B.  The Court finds by clear and convincing evidence

that no condition or combination of conditions

will reasonably assure the safety of any other

person and the community.

III.

The Court has considered:

A.  ( ✓ ) the nature and circumstances of the offense(s) charged;

B.  ( ✓ ) the weight of the evidence against defendant;

C.  ( ✓ ) the history and characteristics of defendant;

D.  ( ✓ ) the nature and seriousness of the danger to any person

or the community that would be posed by defendant's

release;

E.  ( ✓ ) the Pretrial Services Report/Recommendation;

F.  ( ✓ ) the evidence proffered/presented at the hearing;

G.  ( ✓ ) the arguments of counsel.

///

///

///

///

///

///

3

IV.

The Court concludes:

A.    (  ) Defendant poses a risk to the safety of other persons

and the community based on: _____

_____

_____

_____

B.    ( ✓ ) Defendant poses a serious flight risk based on: _____

unknown background information; no bail
resources; recent flight to mexico while on
probation.

C.    (  ) A serious risk exists that defendant will:

1.    (  ) obstruct or attempt to obstruct justice;

2.    (  ) threaten, injure or intimidate a prospective

witness or juror or attempt to do so;

based on: _____

_____

_____

_____

D.    (  ) Defendant has not rebutted by sufficient evidence to

the contrary the presumption provided in 18 U.S.C.

§ 3142(e) that no condition or combination of

conditions will reasonably assure the safety of any

other person and the community;

and/or

4

1          ( ) Defendant has not rebutted by sufficient evidence to

2               the contrary the presumption provided in 18 U.S.C.

3               § 3142(e) that no condition or combination of

4               conditions will reasonably assure the appearance of

5               defendant as required.

6     IT IS ORDERED that defendant be detained prior to trial.

7     IT IS FURTHER ORDERED that defendant be committed to the custody

8  of the Attorney General for confinement to a corrections facility

9  separate, to the extent practicable, from persons awaiting or serving

10 sentences or persons held in custody pending appeal.

11    IT IS FURTHER ORDERED that defendant be afforded reasonable

12 opportunity for private consultation with defendant's counsel.

13    IT IS FURTHER ORDERED that, on Order of a Court of the United

14 States or on request of an attorney for the Government, the person in

15 charge of the corrections facility in which defendant is confined

16 deliver defendant to a United States Marshal for the purpose of an

17 appearance in connection with a court proceeding.

18    DATED:      9/5/2025

19

20

21                                      HONORABLE JACQUELINE CHOOLJIAN
                                        United States Magistrate Judge

22

23

24

25

26

27

28

                                   5